#129565
√# 114

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: POPE, HERBERT R.
POPE, ROSEANN J.

Case No. 09-36347

Judge Mary Ann Whipple

FILED 2011 JUN -9 PM 2:19 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Recovery Management Systems Corp<br>For GE Money Bank dba QCARD | 25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $3.53 |

Check for $3.53 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_Ericka Parker_
Ericka S. Parker, Trustee

Dated: 6/8/11

Cc:
Office of the U.S. Trustee